**No. 48559.—Protest 803316–G of Cosimo Daniel (New York).**

Opinion by CLINE, J. The record showed that the merchandise was not capable of being marked, and that the cases, the immediate containers, were not marked to indicate the country of origin of the cippolini. The importer was required to mark the cases with the word "Morocco" before they were released from customs custody. As neither the merchandise nor the immediate coverings were legally marked it was held that the collector was justified in assessing additional duty. The protest was therefore overruled.

**No. 48560.—Protest 820922–G of R. U. Delapenha & Co. (New York).**

Opinion by CLINE, J. The record showed that the importation consisted of prepared peas in tins, the product of Belgium, and that at the time of importation the immediate containers, the tins, were marked "Belgique." The importer was required to mark them with the words "Product of Belgium" before they were released. Following *Vandegrift* v. *United States* (13 Ct. Cust. Appls. 328, T. D. 41235) the court found that the merchandise was not legally marked. The protest was therefore overruled.

**No. 48561.—Protest 822261–G of Leghorn Trading Co. (New York).**

Opinion by CLINE, J. The record showed that the shipment contained 75 drums of commercial olive oil, not edible, which were marked "Product of Espanol," and the importer was required by the collector to mark them "Spain" before they were released. Following Abstract 39754 the protest was overruled as the merchandise was found not to have been legally marked in legible English words.

**No. 48562.—Protest 988249–G of F. B. Vandegrift & Co. (New York).**

Opinion by CLINE, J. The record showed that the bags containing the seed were marked "Tschechoslowakai" and the collector required that the bags be marked with the word "Czechoslovakia" before they were released from customs custody. As the merchandise was marked with a foreign word, which is not a compliance with the statute, the merchandise was held not legally marked and the protest was overruled.